In the Matter of the Claim of ERNEST GENTER against SCHENECTADY AWNING COMPANY et al., Respondents.

THE STATE INDUSTRIAL BOARD, Appellant.

*Workmen's compensation — master and servant — improper award for facial disfigurement.*

*Matter of Genter* v. *Schenectady Awning Co.,* 217 App. Div. 807, affirmed.

(Argued February 21, 1927; decided March 4, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 28, 1926, reversing an award of the State Industrial Board, made under the Workmen's Compensation Law, and dismissing the claim.  Claimant while setting up a stove pipe was injured by its coming apart and falling, striking him on the bridge of his nose.  The resulting cut healed up leaving a scar upon which an award was made for facial disfigurement.  The Appellate Division reversed on the ground that there was no evidence of serious facial disfigurement.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for appellant.

*William B. Davis* and *E. C. Sherwood* for respondents.

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ.   Not sitting: KELLOGG, J.